**George E. CHAVEZ, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7087.

United States Court of Appeals, Federal Circuit.

July 6, 2007.

ON MOTION

*ORDER*

Upon consideration of George E. Chavez's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1)   The motion is granted.

(2)   All sides shall bear their own costs.

**AVECIA, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2007–1383.

United States Court of Appeals, Federal Circuit.

July 6, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).